```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02872-HWV
Cory Lynne Evans                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: KADavis     Page 1 of 1     Date Rcvd: Jul 19, 2019
                         Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
```
db              +Cory Lynne Evans,    3232 Hoffman Street,    Harrisburg, PA 17110-2225
5221272         +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```
                                                                                                                             TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
: Chapter 13
Cory Lynne Evans :
    Debtor : Case No. 1:19-bk-02872-HWV
:

## ORDER

Upon consideration of Debtor's request for a waiver of the credit counseling requirements of 11 U.S.C. § 109(h) due to a disability without explanation, and after notice and a hearing held on July 16, 2019 at which Debtor failed to appear, it is hereby

**ORDERED** that the above captioned case is **DISMISSED** for ineligibility to be a debtor under 11 U.S.C. § 109.

Dated: July 19, 2019      By the Court,

                                          _Henry W. Van Eck_
                                          Henry W. Van Eck, Bankruptcy Judge (JH)